FILED'09 JUN 15 17:08USDC·ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM C. KOCH,                                      CV. 08-609 PK

        Plaintiff,                                      ORDER

        v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.


REDDEN, Judge:

Magistrate Judge Paul Papak issued Findings and Recommendation (#28) on May 21,

2009. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P.

72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo*

review. *Lorin Corp. v. Goto & Co., Ltd.,* 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v.*


ORDER- 1

*Simi Valley Unified School Dist.,* 708 F2d 452, 454 (9th Cir 1983).  I find no error.  Accordingly,

I adopt the Findings and Recommendation of Magistrate Judge Papak.

The Commissioner's decision denying benefits is reversed and this matter is remanded

pursuant to sentence four of 42 USC § 405(g) for the calculation and award of benefits in

accordance with the Findings and Recommendation.

IT IS SO ORDERED.

Dated this ⁄5 day of June, 2009.


James A. Redden
United States District Judge

ORDER- 2